FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

2017 APR 26 PM 2:24

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-71588-JRS |
| | § | |
| DUDLEY MICHAEL HALTER, | § | HON. JAMES R. SACCA |
| | § | |
| DEBTOR. | § | |

M. REGINA THOMAS
CLERK
DEPUTY CLERK

## WITHDRAWAL OF CLAIM

COMES NOW, Nargis R. Halter and withdraws Claim No. 10-1, Filed on 04/04/2017, as it is a duplicate of claim no. 9.

April 24, 2017

Respectfully,

Nargis Halter

Nargis R. Halter
419 Grove Pointe Court
Locust Grove, GA 30248
(770) 709-2846
Nhalter3@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-71588-JRS |
| | § | |
| DUDLEY MICHAEL HALTER, | § | HON. JAMES R. SACCA |
| | § | |
| DEBTOR. | § | |

CERTIFICATE OF SERVICE

I, Nargis R. Halter, have mailed a copy of this Withdrawal of claim to the following people on April 24, 2017 via first class mail:

| | |
|---|---|
| Dudley Halter<br>80 Pintail Way<br>Locust Grove, GA 30248 | Kerry Hand, Esq.<br>Nguyen Stephen PC<br>5430 Jimmy Carter Blvd. Suite 202<br>Norcross, GA 30093 |
| Tamara Miles Ogier<br>170 Mitchell St., SW<br>Atlanta, GA 30303 | |

April 24, 2017

Respectfully,

Nargis R. Halter
419 Grove Pointe Court
Locust Grove, GA 30248
(770) 709-2846
Nhalter3@gmail.com